IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NEVADA FIRST FEDERAL, LLC,<br>Plaintiff,<br><br>v.<br><br>ARNOLD MACCIOCCA et al.,<br>Defendants. | CIVIL ACTION<br><br>NO. 15-1304 |
|---|---|

# O R D E R

**AND NOW**, this 21st day of July, 2015, for the reasons stated in the foregoing Memorandum, the Defendants' Motion to Dismiss (ECF 4) is **GRANTED** in part as to Plaintiff's claim of foreclosure based on Defendants' alleged failure to pay prior to August 12, 2014, and **DENIED** in part as to all other claims.

BY THE COURT:

/s/ Michael M. Baylson

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 15\15-1304 nevada first v macciocca\15cv1304.order.mtd.docx